UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-85-SPC-DNF

EZEKIEL CALIXTE JEAN
_________________________________/

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 53). The Government seeks to have forfeited **a Smith & Wesson 9mm semiautomatic pistol bearing serial number A320547 and 9mm ammunition** ("**Assets**"), which were subject to the Court's June 10, 2026 Preliminary Order of Forfeiture. (Doc. 45). Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 53) is **GRANTED**.

1. Defendant's interest in the Smith & Wesson 9mm semiautomatic

pistol bearing serial number A320547 and 9mm ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now VESTED in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on September 29, 2026.

Sheri Polster Chappell

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record